**Order entered December 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01102-CR

## EX PARTE SCOTT KENT CHAMBERLAIN

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-83088-2020**

### ORDER

The Court has filed appellant's notice of appeal from the trial court's order denying relief on his pretrial application for writ of habeas corpus. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal to file with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Collin County Clerk to file the clerk's record by **January 8, 2021**. We **ORDER** that the clerk's record contain copies of the indictment, the application for writ of habeas corpus, any response to the

application, the trial court's order denying the application, any findings of fact and conclusions of law, any other orders or documents related to the application for writ of habeas corpus, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **January 8, 2021**, either the reporter's record or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **February 1, 2021**. We **ORDER** the State to file its brief by **February 23, 2021**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Waddill, Presiding Judge, County Court at Law No. 7; Shawn R. Gant, official court reporter, County Court at Law No. 7; Stacey Kemp, Collin County Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE